UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT SHAWN KOSTEROW, | ) | No. ED CV 12-00740-GW (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| LINDA McGREW, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Mandamus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). The Court has made a de novo determination of the Report.

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the United States Magistrate Judge; (2) Respondent's Motion to Dismiss is granted; and (3) the Petition is dismissed with prejudice.

DATED: January 22, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE